PROB 35　　　　**Report and Order Terminating Probation/Supervised Release**
(Rev. 6/17)　　　　　　　　**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　Crim. No.　5:97CR00003-29

James Taylor

On October 10, 2008, the above named was placed on supervised release for a period of ten years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Ronda Dixon
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___8th___ day of January, 2018.

_____
William T. Moore, Jr.
Judge, U.S. District Court

U. S. DISTRICT COURT
Southern District of GA
Filed in Office

1 / 8 20 18
Deputy Clerk